IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON ANDREW STRATTON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 78177

FILED

MAR 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

*ORDER OF AFFIRMANCE*

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of child abuse or neglect resulting in substantial bodily or mental harm.[1] Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

After accepting appellant Jason Stratton's guilty plea based on his admission to fracturing the arm and multiple ribs of a 5-month-old infant, the district court sentenced him to 96 to 240 months. Stratton argues the district court erred by sentencing him based, in part, on additional injuries the victim sustained, which were not part of his guilty plea. We disagree. This court reviews a district court's sentencing decision for an abuse of discretion, *see Parrish v. State*, 116 Nev. 982, 989, 12 P.3d 953, 957 (2000), and will interfere only where the record shows "prejudice resulting from consideration of information or accusations founded on facts supported only by impalpable or highly suspect evidence," *Silks v. State*, 92 Nev. 91, 94, 545 P.2d 1159, 1161 (1976).

Stratton's claim is belied by the record. The presentence investigation report synopsized brain injuries, among others, sustained by

---

[1]Pursuant to NRAP 34(f)(1), we have determined that oral argument is not warranted in this appeal.

20-10487

the victim. The district court's comments on those injuries were in response to Stratton interjecting that he did not admit to causing them. The district court then imposed the sentence after specifying the injuries Stratton did admit to inflicting. Thus, the record does not show that the district court imposed a sentence intended to punish Stratton for uncharged conduct. *Cf. Denson v. State*, 112 Nev. 489, 494, 915 P.2d 284, 287 (1996) (holding that "the district court must refrain from punishing a defendant for prior uncharged crimes"). Moreover, Stratton's sentence falls within the parameters of the relevant statute, *see* NRS 200.508(1)(a)(2), and he has not demonstrated the district court relied on information based on impalpable or highly suspect evidence, *see Ferris v. State*, 100 Nev. 162, 163, 677 P.2d 1066, 1066 (1984). Therefore, we conclude the district court did not abuse its sentencing discretion. Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, C.J.
Pickering

_____, J.
Gibbons

_____, J.
Silver

cc:    Hon. Jerome M. Polaha, District Judge
       Washoe County Public Defender
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk